UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


RANCE SMITH  #381077                                      CIVIL ACTION

VERSUS                                                   NO. 06-1413

ROBERT TANNER, WARDEN, ET AL.                            SECTION:  "B"(1)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 2nd day of October, 2006.


                                        _____
                                        **UNITED STATES DISTRICT JUDGE**